UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA *ex rel.*
ZAKI KIRIAKOS

      Plaintiff and Relator,

v.

LOCKHEED MARTIN
CORPORATION, *et al.*,

      Defendants.

Case No. 2:13-cv-227
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Upon the Qui Tam Relator/Plaintiff's request for voluntary dismissal of this action without prejudice to the United States, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and 31 USC § 3730(b)(1), with the consent of the Attorney General of the United States,

IT IS HEREBY ORDERED that the Court consents to the dismissal of the action and dismisses the action without prejudice.

_4-23-2015_
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE